KARL S. HALL
Reno City Attorney
WILLIAM E. COOPER
Nevada Bar #2213
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email: cooperw@reno.gov
*Attorneys for City of Reno*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * ◊ * *

| | |
|---|---|
| VINCENZO S. CORAZZA, | **CASE NO.: 3:23-cv-00555-MMD-CLB** |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFFS COMPLAINT AND JURY DEMAND** |
| vs. | |
| CITY OF RENO and DOES I-X, | |
| Defendants. | **(FIRST REQUEST)** |

Defendant City of Reno, and Plaintiff Vincenzo S. Corazza, by and through their respective counsel, hereby stipulate and agree that the deadline for the Defendant to file a responsive pleading to Plaintiffs Complaint and Jury Demand (ECF No. 1) be extended from December 5, 2023, to December 19, 2023.

///
///
///
///
///

The extension of this deadline is requested to accommodate counsels' schedule and is not brought for any improper purpose or undue delay.

DATED this 20th day of November, 2023.

By: /s/Ronald J. Dreher
   Ronald J. Dreher, Esq.
   P.O. Box 6494
   Reno, NV 89513
   (775) 846-9804
   ron@dreherlaw.net
   *Attorney for Plaintiff*

By: /s/ *William E. Cooper*
   KARL S. HALL
   Reno City Attorney
   WILLIAM E. COOPER
   Nevada Bar #2213
   Post Office Box 1900
   Reno, NV 89505
   (775) 334-2050
   cooperw@reno.gov
   *Attorneys for City of Reno*

**IT IS SO ORDERED.**

DATED this 20th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE