KARL S. HALL
Reno City Attorney
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar No. 10181
MARK W. DUNAGAN
Deputy City Attorney
Nevada State Bar No. 10574
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email:   parkerh@reno.gov
             dunaganm@reno.gov
*Attorneys for City of Reno*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VINCENZO S. CORAZZA,

          Plaintiff,

vs.

CITY OF RENO and DOES I-X,

          Defendants.

_____ /

**CASE NO.:  3:23-cv-00555-MMD-CLB**

**STIPULATION FOR ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

      Pursuant to Federal Rule of Civil Procedure 41(a), Defendant City of Reno and Plaintiff Vincenzo S. Corazza, by and through their respective undersigned counsel, hereby stipulate and agree that this action and all claims against Defendant City of Reno contained in Plaintiff's *Complaint and Jury Demand* (ECF No. 1) be dismissed, with prejudice, both sides to bear their ///

own attorney's fees and costs.

DATED this 29th day of March, 2024.

By:   /s/ *Ronald J. Dreher*
      Ronald J. Dreher, Esq.
      P.O. Box 6494
      Reno, NV 89513
      (775) 846-9804
      dreherlaw@outlook.com
      *Attorney for Plaintiff*

By:   /s/ *Holly S. Parker*
      KARL S. HALL
      Reno City Attorney
      HOLLY S. PARKER
      Deputy City Attorney
      Nevada Bar No. 10181
      MARK W. DUNAGAN
      Deputy City Attorney
      Nevada Bar No. 10574
      Post Office Box 1900
      Reno, NV 89505
      (775) 334-2050
      parkerh@reno.gov
      dunaganm@reno.gov
      *Attorneys for City of Reno*

**ORDER**

IT IS SO ORDERED.

DATED this   29th   day of  March          , 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

-2-